IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID MICHAEL GLATTS, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 09-29 |
| SUPERINTENDENT LOCKETT; MR. MATTHEWS (AOD Director); DR. CAIRINS, Director of Psychology Department; MS. KWISNEK (ADA Facilitator Director); DEPUTY SUPERINTENDENT TREVOR WINGARD; DR. McGRAFF (Medical Director); PRISON HEALTH SYSTEMS (PHS), | ) Chief Magistrate Judge Lenihan |
| Defendants. | ) Re: ECF Nos. 65 and 68 |

## ORDER

AND NOW this 28th day of February, 2011, it is hereby **ORDERED** that the Medical Defendants' Motion to Dismiss, ECF No. 65, filed pursuant to 12(b)(6) is **GRANTED** and Plaintiff's claims against PHS are **DISMISSED WITH PREJUDICE**; as is Plaintiff's Eighth Amendment claims against Dr. McGrath. Plaintiff's claims against Dr. McGrath for retaliation are **DISMISSED WITHOUT PREJUDICE**.

It is further **ORDERED** that the DOC Defendants' Motion to Dismiss, ECF No. 68, is **GRANTED IN PART and DENIED IN PART**. It is **GRANTED** as to Plaintiff's Eighth Amendment claims, which are dismissed **with prejudice** against all DOC Defendants and it is **GRANTED** as to Plaintiff's Title II ADA claims against Defendants Matthews, Price, Lockett, Wingrad and Seckers in their personal capacities but it is **DENIED** as to these five defendants in

their official capacities. It is also **GRANTED** as to Plaintiff's Retaliation claims against the DOC Defendants, albeit without prejudice. It is also **GRANTED** as to Plaintiff's claims against the following DOC Defendants: Jeffrey Beard, Alan Fogel, Raymond Sobina, Lockett, Wingard, and Deputy Superintendent Seckers with prejudice as the Court concludes that amendment as to them would be futile. Accordingly, even if Plaintiff amends his complaint, the following party-Defendants are dismissed as parties: PHS; Jeffrey Beard; Alan Fogel; Raymond Sobina; Mr. Lockett; Mr. Wingard, and Deputy Superintendent Seckers.

It is further **ORDERED** that Plaintiff shall be granted until March 21, 2011, to amend the Complaint to plead all facts necessary to state a retaliation claim against the remaining Defendants upon which relief can be granted. Any Amended Complaint must contain all claims against all remaining parties as that will be the document on which the lawsuit progresses forward. Plaintiff may not add any facts in an effort to revive his Eighth Amendment claims because those claims are dismissed with prejudice. In the absence of amendment by March 21, 2011, Plaintiff's retaliation claims will be dismissed with prejudice. In the event of amendment, Defendants' Motion(s) to Dismiss may be re-filed, at Defendants' discretion, within twenty (20) days from the date of the Amended Complaint being filed.

By the Court

LISA PUPO LENIHAN
Chief United States Magistrate Judge

cc: David Michael Glatts
GZ-0144
SCI Greensburg
165 SCI Lane
Greensburg, PA 15601
Counsel of Record via CM-ECF